### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Sean C. Logan<br>Chapter 11 Trustee of the PRS<br>Liquidating Trust<br><br>        Plaintiff,<br><br>v.<br><br>Westchester Fire Insurance<br>Company; ACE INA Holdings, Inc.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:10-cv-00928<br>       Judge Richard G. Andrews |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

The Plaintiff and the Defendants by their respective undersigned counsel and pursuant to Federal Rule 41(a) stipulate that the above-entitled action is dismissed with prejudice and without costs or fees to any party.

| | |
|---|---|
| /s/ Margaret Whiteman Greecher<br>Edwin J. Harron (3396)<br>Margaret Whiteman Greecher (4652)<br>Morgan L. Seward (5388)<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone (302) 571-6600<br>Facsimile (302) 571-1253<br>E-Mail: eharron@ycst.com<br>        mgreecher@ycst.com<br>        Mseward@ycst.com<br><br>*Attorneys for Sean C. Logan, Chapter 11*<br>*Trustee of the PRS Liquidating Trust* | /s/ Marc S. Casarino<br>Marc S. Casarino (3613)<br>White and Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, Delaware 19899-0709<br>Email: casarinom@whiteandwilliams.com<br><br>*Attorneys for Defendants, Westchester Fire*<br>*Insurance Company and ACE INA Holdings,*<br>*Inc.* |

/s/ James. R. Schraf
James R. Schraf (03470)
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
Telephone (410) 571-2780
Facsimile (410) 571-2798
E-Mail: JSchraf@yvslaw.com

*Attorneys for Sean C. Logan, Chapter 11
Trustee of the PRS Liquidating Trust*

/s/ Lawrence S. Greengrass
Lawrence S. Greengrass (1188499)
Emilie Bakal-Caplan (2150290)
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
24 Whitehall Street
New York, NY  10004
E-Mail:  lgreengrass@moundcotton.com
             ebakal_caplan@moundcotton.com

*Attorneys for Defendants, Westchester Fire
Insurance Company and ACE INA Holdings,
Inc.*

So Ordered this 15th day of June, 2012

_____
Richard G. Andrews
United States District Judge

01:12188286.1